1 BENJAMIN B. WAGNER
United States Attorney
2 CHRIS CHANG
Special Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2700

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )    2:12-CR-00182-KJN
                                 )
12            Plaintiff,         )    Order Continuing Status
                                 )    Hearing, and Excluding Time
13        v.                     )    Under Local Code T4
                                 )
14 ELVIA HERNANDEZ,              )    DATE:  August 8, 2012
                                 )    TIME:  9:00 a.m.
15            Defendant.         )    COURT: Hon. Kendall J. Newman
   _____)

16

17      It is hereby ordered that the Status Hearing set for July

18 25, 2012 is VACATED.  It is further ordered that a Status Hearing

19 is set for August 8, 2012 at 9 a.m.  Time is excluded from

20 today's date through August 8, 2012 under Local Code T4, as the

21 Court finds that the ends of justice served by granting this

22 continuance outweigh the best interests of the public and the

23 defendant in a speedy trial.

24      IT IS SO ORDERED.

25 Dated: July 24, 2012

26

27

28                          _____
                            KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE